

*Original*

```
                                            ☑ FILED      ___ RECEIVED
                                            ___ ENTERED  ___ SERVED ON
                                               COUNSEL/PARTIES OF RECORD

                                            2014 NOV -6  P 12: 11

                                            CLERK US DISTRICT COURT
                                              DISTRICT OF NEVADA

                                            BY_____ DEPUTY
```

1 ORDR

2 SANTINA VENTRE

3 9500 ROCKY CLIFF PLACE

4 LAS VEGAS, NEVADA 89144

5 Tel: (702) 429.1731

6 EMAIL: giandi@cox.net

7 Petitioner, in proper person

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| In the Matter of petition in Compromise of | Case No.: CV-S-04-1251-JCM (LRL DEPT. |
|---|---|
| A minor's Claim of | |
| SANTINA VENTRE | |
|         Petitioner. | |

### ORDER TO DISBURSE MONEY FROM COMPROMISE OF MINOR'S CLAIM

This matter having come on regularly before the above-entitled Court, upon the verified petition herein, the Court being fully advised and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDED, AND DECREED that the petitioner, SANTINA VENTRE, is now an adult, having reached the age of eighteen years, it is hereby ordered that the blocked trust account at Bank of America 4910 S. Ft Apache Rd, Las Vegas, NV 89148, account number 910.001.4229.1579, be closed and the money distributed to SANTINA VENTRE.

Dated February 23, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

SANTINA VENTRE

9500 ROCKY CLIFF PLACE

LAS VEGAS, NEVADA 89144

Tel: (702) 429.1731

EMAIL: giandi@cox.net

Petitioner, in proper person